JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE LAMBERT McCOMBS, | No. CV 10-5285-JFW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| KELLY HARRINGTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 6, 2013

JOHN F. WALTER
United States District Judge